*E-FILED - 5/11/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FRAZIER, | No. C 09-3975 RMW (PR) |
|     Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO INCLUDE EXHIBIT B |
| v. | |
| ROBERT K. WONG, Warden, | |
|     Respondent. | (Docket No. 4) |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. Before the court is petitioner's motion to amend his petition to include "Exhibit B." Good cause appearing, petitioner's motion to amend his petition to include "Exhibit B" is GRANTED.

This order terminates docket no. 4.

IT IS SO ORDERED.

DATED: 5/11/10

RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Motion to Include Exhibit B
P:\PRO-SE\SJ.Rmw\HC.09\Frazier975.Grant-Mtn2amend.wpd